# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

132776

DANIEL ENGLISH,
        Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
        Defendant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132776
AGC: 2512/06

_____/

On the order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

_____
Clerk

p0416